IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | No.   06-20099-CM |
| | } | |
| WILLIAM MORRISON | } | |
| Defendant. | } | |

## ORDER

Pending before the court is defendant's motions, Motion for Order Requiring CCA, Leavenworth to Cease Interference with Attorney/Client Communication (Doc. 153), Motion for Order Requiring CCA, Leavenworth to provide basic vision care for Defendant (Doc. 154), Motion for Order Permitting Defendant to have Confidential Visit with Journalist (Doc. 156) and Motion for Order Modifying Conditions of Pretrial Detention (Doc. 160).

For the reasons set forth on the record in the hearing held on February 23, 2009 at 2:00 p.m., the court denies defendant's motions, Motion for Order Requiring CCA, Leavenworth to Cease Interference with Attorney/Client Communication (Doc. 153), Motion for Order Requiring CCA, Leavenworth to provide basic vision care for Defendant (Doc. 154), Motion for Order Permitting Defendant to have Confidential Visit with Journalist (Doc. 156) and Motion for Order Modifying Conditions of Pretrial Detention (Doc. 160).

IT IS ORDERED that defendant's motions, Motion for Order Requiring CCA, Leavenworth to Cease Interference with Attorney/Client Communication (Doc. 153), Motion for Order Requiring CCA, Leavenworth to provide basic vision care for Defendant (Doc. 154),

Motion for Order Permitting Defendant to have Confidential Visit with Journalist (Doc. 156) and Motion for Order Modifying Conditions of Pretrial Detention (Doc. 160).

Dated this 23rd day of February, 2009, at Kansas City, Kansas.

s/ Carlos Murguia  
CARLOS MURGUIA  
UNITED STATES DISTRICT JUDGE