IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 06-20099-02-CM/JPO |
| | ) |
| WILLIAM MORRISON, | ) |
| a.k.a Marco Tyler, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE
AND IMPOSITION OF FORFEITURE JUDGMENT**

COMES NOW the United States of America, by its undersigned counsel, and respectfully moves the court for a Final Order of Forfeiture and Imposition of Forfeiture Judgment. In support of its motion, the United States shows the Court as follows:

1. Defendant William Morrison has been convicted of the offense alleged in Counts Seven and Thirteen of the Second Superseding Indictment. In the Second Superseding Indictment, the United States gave notice to the defendant that, in the event of his conviction, he would be required to forfeit to the United States all proceeds derived from the alleged offense.

2. On August 21, 2009, at the sentencing hearing, the Court found that the defendant had derived $652,954.36 from the offense for which he has been convicted, and imposed a forfeiture money judgment against in the defendant in the amount of $652,954.36.

3. Accordingly, the United States seeks the entry of a Final Order of Forfeiture consisting of a personal forfeiture money judgment against the defendant in the amount of $652,954.36. The United States requests that the Court impose this judgment jointly and severally with the forfeiture judgment imposed against co-defendant Aponte Gomez.

4. The entry of a Final Order of Forfeiture in the form of a personal money judgment is specifically authorized by Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure.

5. Pursuant to Rule 32.23(1)(1)(B), once the Final Order of Forfeiture is entered, the Government may move at any time, to amend the Order to forfeit specific property of the Defendant, having a value up to the amount of the money judgment, as substitute assets.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the court enter a Final Order of Forfeiture and impose a personal forfeiture money judgment against the Defendant in the amount of $652,954.36. A proposed order will be submitted to the Court by electronic mail for its consideration.

Respectfully submitted,

LANNY D. WELCH
United States Attorney

 /s/ Annette B. Gurney
ANNETTE B. GURNEY
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316)269-6481
KS. S. Ct. #11602
annette.gurney@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2009, I electronically filed the foregoing with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record.

 /s/ Annette B. Gurney
ANNETTE B. GURNEY
Assistant United States Attorney